IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD ANTHONY MOORE,<br><br>               Plaintiff,<br><br>   v.<br><br>CITY OF LANCASTER, et al.,<br><br>               Defendants. | CIVIL ACTION<br>NO. 17-019 |

## <u>ORDER</u>

**AND NOW**, this 26th day of July 2018, upon consideration of Defendants Borough of Ephrata, Graeme Quinn, and Peter G. Sheppard's Motion to Dismiss (Doc. No. 27); Plaintiff's Response in Opposition (Doc. No. 43); Defendants City of Lancaster and Matthew Odenthal's Motion to Dismiss (Doc. No. 28); Plaintiff's Response in Opposition (Doc. No. 44); arguments made by counsel during the hearing held on May 24, 2018; and in accordance with the Opinion issued on this day, it is **ORDERED** as follows:

1. Defendants Borough of Ephrata, Graeme Quinn, and Peter G. Sheppard's Motion to Dismiss (Doc. No. 27) is **GRANTED**.

2. Defendants City of Lancaster and Matthew Odenthal's Motion to Dismiss (Doc. No. 28) is **GRANTED**.

3. The Clerk of Court shall close this case for statistical purposes.


               BY THE COURT:


               /s/ Joel H. Slomsky
               JOEL H. SLOMSKY, J.